**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Case No. 23-cr-00326-NYW

UNITED STATES OF AMERICA,

Plaintiff,

v.

**1.    LEONEL CASTILLO,**

**DEFENDANT**

Defendant.

---

## UNOPPOSED MOTION TO TRAVEL

---

COMES NOW the Defendant, Leonel Castillo, by and through his attorney, Charles. W. Elliott, who hereby moves this Honorable Court to allow the Defendant to travel to Miami, Florida from August 19, 2023 through August 25, 2023 for the purposes of previously scheduled elective surgery and as grounds therefore, states as follows:

1.    That Counsel has conferred with Mr. Buchman for the Government and provided the itinerary and confirmation of the surgery and he does not object to the instant Motion.

2.    That the Defendant will comply with all terms and conditions put upon him related to his bond status by Pretrial services.

3.    That this travel and surgery will not impact this Honorable Court's trial schedule nor preparation in the instant case.

WHEREFORE, the Defendant prays this Honorable Court grant his Unopposed Motion for Travel.

.

Respectfully submitted this 26th day of July, 2023.

s/ Charles W. Elliott
Charles W. Elliott
The Law Office of Charles W. Elliott
1600 Stout Street, Suite 920
Denver, CO 80202
Phone: 303.623.2013
E-mail: hamcwe@yahoo.com
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2023, the foregoing was filed with the Clerk of the Court

using the CM/ECF system., and served on all counsel of record.

*/s/ Charles W. Elliott*
Charles W. Elliott